IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER GEORGE ARNONE | ) | |
| | ) | |
| V. | ) | 3-06-CV-868-K |
| | ) | |
| NATHANIEL QUARTERMAN, | ) | |
| Director, Texas Department of | ) | |
| Criminal Justice Correctional | ) | |
| Institutions Division | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Petitioner filed his Petitioner's Pro Se Response and Objections to the Findings Conclusions and Recommendations of the United States Magistrate Judge on December 28, 2006, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are **OVERRULED**, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Also before the Court is Petitioner's Motion for Evidentiary Hearing on Petitioner's Exhibits and for Their Inclusion in the Record with Petitioner's Argument in Support of Petitioner's Exhibit No. 4, filed on December 13, 2006. After due consideration, Petitioner's Motion for Evidentiary Hearing on Petitioner's Exhibits and

for Their Inclusion in the Record with Petitioner's Argument in Support of Petitioner's Exhibit No. 4, filed on December 13, 2006, is hereby **DENIED.**

SO ORDERED this 4th day of January, 2007.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE